Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-461

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

## Title

**Title of Work:** Cute pastel funny dog cartoon

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 22, 2018
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000,
Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number:** VS2025071505



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-475

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:**    Vintage seamless cute celebrated baby pig blue gray pastel cartoon

## Completion/Publication

**Year of Completion:**    2017
**Date of 1st Publication:**    November 22, 2017
**Nation of 1st Publication:**    Thailand

## Author

- **Author:**    Vipanee Singsutee
  **Author Created:**    2-D artwork
  **Citizen of:**    Thailand

## Copyright Claimant

**Copyright Claimant:**    Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:**    Vipanee Singsutee
**Email:**    vipanee.s@gmail.com
**Address:**    3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:**    David Denholm
**Date:**    July 15, 2025

**Applicant's Tracking Number:** VS2025071513



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-472

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Tropical summer sloth bear

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 14, 2019
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

Page 1 of 2

**Applicant's Tracking Number:** VS2025071510



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-455-456

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Botanical tropical green leave and sloth in forest pattern

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 23, 2019
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

Page 1 of 2

**Applicant's Tracking Number:**   VS2025071501



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-474

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

## Title
_____

**Title of Work:** Vintage cute lovely funny sloth cartoon seamless - pastel pink

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** August 29, 2017
**Nation of 1ˢᵗ Publication:** Thailand

## Author
_____

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant
_____

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions
_____

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification
_____

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number:**   VS2025071511



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-459

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Cute sloth cartoon botanical art

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 16, 2018
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

Page 1 of 2

**Applicant's Tracking Number:** VS2025071506



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-457

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** seamless pattern of colorful tropical banana leaf

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 18, 2019
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

Page 1 of 2

**Applicant's Tracking Number:**   VS2025071507



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-477

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Vintage cute lovely mother fox and son wolf cartoon

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 09, 2017
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000,
Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number:** VS2025071512



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-465

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

___

## Title

**Title of Work:** Cartoon seamless baby owl bird pattern on cherry berry flower forest

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 30, 2018
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
**Author Created:** 2-D artwork
**Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

Page 1 of 2

**Applicant's Tracking Number**:   VS2025071502



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-470**

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Vintage seamless cute koala bear blue grey pastel

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 30, 2017
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

Page 1 of 2

**Applicant's Tracking Number:** VS2025071514



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-464

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Cute Cat Mermaid Cartoon Seamless Pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 22, 2018
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number:** VS2025071503



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-228**

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Seamless pattern Retro Cute cartoon bee, funny character smile and satisfied

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 17, 2018
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number:** VS2025071508



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-471

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Sloth couple in the flower frame

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 24, 2019
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number**: VS2025071509



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-463**

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Cute lovely fox sleep cartoon seamless, with pastel flowers

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 01, 2017
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000, Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number:** VS2025071504



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-469**

**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 01, 2025

---

## Title

**Title of Work:** Vintage seamless cute porcupine blue pink grey pastel baby animal cartoon

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 16, 2017
**Nation of 1ˢᵗ Publication:** Thailand

## Author

- **Author:** Vipanee Singsutee
  **Author Created:** 2-D artwork
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Vipanee Singsutee
3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang, Lampang, 52000,
Thailand

## Rights and Permissions

**Name:** Vipanee Singsutee
**Email:** vipanee.s@gmail.com
**Address:** 3/16 Bunyawat Road, Tambol Huaweing, Amphur Muang
Lampang 52000 Thailand

## Certification

**Name:** David Denholm
**Date:** July 15, 2025

**Applicant's Tracking Number:** VS2025071515

