**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

VIPANEE SINGSUTEE,

    Plaintiff,                                                         Case No.: 1:26-cv-00343

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## **SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | YUNDIDEDIANHA |
| 2 | kunmingjichenguojishangmaoyouxiangongsi |
| 3 | guangzhougangpengshangmaoyouxiangongsi |
| 4 | WUFANDEXIAOIDANAA |
| 5 | zzxxxyyy |
| 6 | WangMaoTing1972 |
| 7 | kunmingchengzhiwangluokejiyouxiangongsi |
| 8 | XIAONANDEXIAODIANA |
| 9 | ZiBoRuiKeJiXiePeiTao |
| 10 | ljhjilinghaobaihuoshanghang |
| 11 | yupeiwuyiwupeibaihuoshanghang |
| 12 | uanyingmaoyiy |
| 13 | qujingliuhuandianzishangwuyouxiangongsi |
| 14 | SheKin |
| 15 | putianshichengxiangqugandanwangmaoyiyouxiangongsi |
| 16 | gjhvbhjgfj |
| 17 | JUAMA |
| 18 | JIANXIDEXIAODIANDIAN |
| 19 | WangHaoChengXiao |
| 20 | ShouGuangRuiYuanNongYe |
| 21 | 镜子饰华贸易店 |
| 22 | jmcsy |
| 23 | Xmyxyy |

| 24 | Jmfcy |
|---|---|
| 25 | hldfc |
| 26 | ducanll |
| 27 | linjianbintingfeng1 |
| 28 | Holidayoo |
| 29 | duanxp1513 |
| 30 | gvjhh |
| 31 | Hljlj-US |
| 32 | Skycess |
| 33 | Ollabaky |
| 34 | RsebidR |
| 35 | QIANDODUO |
| 36 | AO-NINEONE |
| 37 | Home Products-US |
| 38 | YNNALE |
| 39 | YUEBINUS |
| 40 | GKM-GLOBAL |
| 41 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 42 | AFHYZY |
| 43 | Anna Cowper |
| 44 | Axjgxq |
| 45 | Annier shopwindow |
| 46 | FYZIUS |
| 47 | ShoPen |
| 48 | Healbrighting |
| 49 | PANQI-STORE |
| 50 | KEEPREAL |
| 51 | famamediy |
| 52 | SKYDA |
| 53 | TXIANTUS |
| 54 | 莆田市秀屿区笏石俊志服装店 |
| 55 | xiamenshishengqizebaihuogongzuoshigerenduzi |
| 56 | FORMRS |
| 57 | guangzhouxuanyishangmaoyouxiangongsi1 |
| 58 | Luggage Tag1 |
| 59 | PLAO |
| 60 | CENXINL |
| 61 | shenyangshishenbeixinquyeshenbaihuomaoyidian |
| 62 | YJinYJSTY |
| 63 | UIAMT |
| 64 | WO FENG WANG LUO |

| 65 | NMGUY |
|---|---|
| 66 | Shadoria-art |
| 67 | ZoneJack |
| 68 | LoiFa |
| 69 | Caojimaijia-shop |
| 70 | ChengHaoKeJi |
| 71 | NanYangShiLianHangShangMaoYouXianGongSi |
| 72 | RSTSL |
| 73 | xuesongchengzhe |
| 74 | huangxianxiangtt |
| 75 | ZhengChengJin |
| 76 | kunmingzhibuwangluokejiyouxiangongsi |
| 77 | whwdukaiweishangmaoxing |
| 78 | lllzzzbbbb |
| 79 | qujinglijuandianzishangwuyouxiangongsi |
| 80 | qujingruimindianzishangwuyouxiangongsi |
| 81 | Hulaaque |
| 82 | MOYYO |
| 83 | Even's shop |
| 84 | USA Essentials Store |
| 85 | County Grand |
| 86 | mrmian |
| 87 | Oplp |
| 88 | Reaocly Shop |
| 89 | hengpai |
| 90 | Fehuew |
| 91 | HUSSRITY |
| 92 | Yongxin Leqi |
| 93 | VIKKO |
| 94 | gdxxly Shopping |
| 95 | firstratecozyroom |
| 96 | JHKKU-M |
| 97 | WonBIG |
| 98 | EASOON |
| 99 | chaocai |
| 100 | BaoDingDongKanShangWuFuWuYouXianGongSi |
| 101 | hasnatgulbaz |
| 102 | DaKing |
| 103 | Aluy's boutique |
| 104 | ANHUIJIREN |
| 105 | SA-Toy |

| 106 | Green Sunshade |
| --- | --- |
| 107 | Taorye |
| 108 | SPPXPY |
| 109 | JPQIfei |
| 110 | SENYISM |
| 111 | OWIUSJ |
| 112 | JPZJQW |
| 113 | YANCUST |
| 114 | MagicKids Mart |
| 115 | The Blanket Heaven |
| 116 | VelvetHug Home |
| 117 | Meteorite Shopping Center |
| 118 | S Soft Dream |
| 119 | XinTianQi |
| 120 | Tianjiao Home Textile Fac |
| 121 | JPHH |
| 122 | Quick A |
| 123 | CHOUU |
| 124 | ssSanrio |
| 125 | WrapStar |
| 126 | LoomCove xx |
| 127 | Dinora Local |
| 128 | ArtPrintShop |
| 129 | CloudyBlanket |
| 130 | POD Graden |