# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VIPANEE SINGSUTEE, | |
| Plaintiff, | Case No.: 1:26-cv-00343 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Laura K. McNally |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, February 25, 2026, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Judge Jorge L. Alonso of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants Identified in the First Amended Schedule A.

The call-in number is 650-479-3207, and the access code is 1804010308.

DATED: February 19, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 19, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                /s/ *Keith A. Vogt*
                Keith A. Vogt, Esq.