## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

VIPANEE SINGSUTEE,

      Plaintiff,                            Case No.: 1:26-cv-00343

v.                                      Judge Jorge L. Alonso

THE PARTNERSHIPS AND           Magistrate Judge Laura K. McNally
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

### <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 2 | kunmingjichenguojishangmaoyouxiangongsi |
| 4 | WUFANDEXIAOIDANAA |
| 5 | zzxxxyyy |
| 7 | kunmingchengzhiwangluokejiyouxiangongsi |
| 8 | XIAONANDEXIAODIANA |
| 10 | ljhjilinghaobaihuoshanghang |
| 13 | qujingliuhuandianzishangwuyouxiangongsi |
| 15 | putianshichengxiangqugandanwangmaoyiyouxiangongsi |
| 16 | gjhvbhjgfj |
| 17 | JUAMA |
| 18 | JIANXIDEXIAODIANDIAN |
| 19 | WangHaoChengXiao |
| 20 | ShouGuangRuiYuanNongYe |
| 36 | AO-NINEONE |
| 42 | AFHYZY |
| 43 | Anna Cowper |
| 48 | Healbrighting |
| 50 | KEEPREAL |
| 52 | SKYDA |

| 53 | TXIANTUS |
|---|---|
| 55 | xiamenshishengqizebaihuogongzuoshigerenduzi |
| 56 | FORMRS |
| 57 | guangzhouxuanyishangmaoyouxiangongsi1 |
| 59 | PLAO |
| 60 | CENXINL |
| 63 | UIAMT |
| 75 | ZhengChengJin |
| 76 | kunmingzhibuwangluokejiyouxiangongsi |
| 77 | whwdukaiweishangmaoxing |
| 78 | lllzzzbbbb |
| 79 | qujinglijuandianzishangwuyouxiangongsi |
| 82 | MOYYO |
| 83 | Even's shop |
| 86 | mrmian |
| 89 | hengpai |
| 93 | VIKKO |
| 96 | JHKKU-M |
| 106 | Green Sunshade |
| 108 | SPPXPY |
| 122 | Quick A |

DATED:  February 19, 2026                    Respectfully submitted,

_/s/ Keith A. Vogt_
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 19, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt