## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Vipanee Singsutee, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00343 |
| v. | ) | |
| | ) | Dist. Judge Jorge L. Alonso |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule A, | ) | Mag. Judge Laura K. McNally |
| | ) | |
| Defendants. | ) | |

### Notice of Motion for Extension of Time

**PLEASE TAKE NOTICE** that on February 25, 2026 at 9:30am or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge L. Alonso or any judge sitting in his stead, in Room 1903 of the Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604, or using video or teleconferencing technology as the Court may require, and shall present the Motion for Extension of Time [Dkt. 35].

Dated this February 22, 2026

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Defendants*